**Miyuki Maureen JOHNSON, Pro Se Attorney for Self, Plaintiff-Appellant,**

v.

**Col. Eric EDWARDS, in his Individual and Personal Capacity; Col. Clem Donald McDuff, in his individual and personal capacity; GS-13 Carla M. Laird, in her individual and personal capacity; GS-15 Andrea V. Gardener, in her individual and personal capacity, Defendants-Appellees.**

No. 17-2272

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018

Decided: March 15, 2018

Miyuki Maureen Johnson, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miyuki Maureen Johnson seeks to appeal the magistrate judge's text order denying her motion for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*